FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WMS GAMING INC., a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EVERYTHING GAMES, LLC, a Texas limited )<br>liability company, and ROBERT E. HOUCHIN, )<br>JR., an individual, )<br>)<br>Defendants. )<br>) | Civil Action No. 3:10-CV-1267-K<br><br>**SEALED** |

## PLAINTIFF'S INVENTORY OF IMPOUNDED ITEMS

Pursuant to paragraph 11 of the Amended Order of this Court granting the *Ex Parte* Application for Seizure and Impoundment Order requested by Plaintiff, WMS Gaming Inc. ("WMS"), WMS represents to the Court that the following items were impounded from Defendants on July 7, 2010:

1. Two (2) EPROMs labeled JP, in custody of WMS counsel Eric Buether.

2. Five (5) plastic cases each containing twelve (12) EPROMs labeled "Best Things" in plastic cases, in custody of WMS counsel Eric Buether.

3. One (1) EPROM labeled Best Things in Life XU2, in custody of WMS counsel Eric Buether.

4. One (1) EPROM labeled Best Things in Life XU3, in custody of WMS counsel Eric Buether.

5. One (1) EPROM labeled JP Party XU3, in custody of WMS counsel Eric Buether.

6. One CPU Board with two (2) EPROMS labeled JP Party by hand and four (4) EPROMs labeled Williams Jackpot Party, in custody of WMS counsel Eric Buether.

7. One (1) Transcend JFV30 2 GB USB Flash Drive containing copies of WMS software including Jackpot Party, Leprechaun Gold, Instant Winner, Life of Luxury: Best Things in Life, Reel 'Em In and Money to Burn, in custody of Forensic Expert John Limberg.

8. One (1) PNY Atttache 2 GB USB Flash Drive containing screen shots of WMS games including Life of Luxury: The Best Things in Life, in custody of Forensic Expert John Limberg.

9. One (1) Envive Black Desktop Computer containing BK Precision software used to copy and burn EPROMs, in custody of Forensic Expert John Limberg.

10. One (1) 844USB Universal 40-pindrive programmer (EPROM burner) with USB and power cords found with the Envive Desktop Computer and used to copy and burn EPROMs, in custody of Forensic Expert John Limberg.

11. One (1) Frontier Systems Desktop computer without power supply containing BK Precision software used to copy and burn EPROMs, in custody of Forensic Expert John Limberg.

12. One (1) eMachines Desktop computer without power supply containing BK Precision software used to copy and burn EPROMs, in custody of Forensic Expert John Limberg.

13. One (1) Dell Vestro 1700 Laptop with power cord containing copies of Life of Luxury: The Best Things in Life, Jackpot Party and Reel 'Em In, in custody of Forensic Expert John Limberg.

14. One (1) Envive Desktop S/N 8041927 with power cord containing copies of Life of Luxury: The Best Things in Life, Jackpot Party and Reel 'Em In software, in custody of Forensic Expert John Limberg.

15. One (1) Envive Desktop S/N 80G2264 with power cord containing screen shot from Life of Luxury: The Best Things in Life and records relating to sales of pirated WMS software, in custody of Forensic Expert John Limberg.

16. One (1) Memorex CDR labeled "WMS Printer" containing copies of game software including Jackpot Party, Instant Winner and Leprechaun's Gold, in custody of Forensic Expert John Limberg.

17. One (1) Dell Inspiron 9400 without cord containing Money to Burn and Reel 'Em In files, in custody of Forensic Expert John Limberg.

18. Eleven (11) gaming machines containing pirated software for the game Life of Luxury: The Best Things in Life, placed in storage *U-Haul Center Haltom City East*, 5201 Denton Hwy, Haltom City, TX 76148, and maintained in storage in the control of WMS's counsel Eric Buether.

19. One (1) gaming machine containing pirated software for the game Jackpot Party, placed in storage *U-Haul Center Haltom City East*, 5201 Denton Hwy, Haltom City, TX 76148, and maintained in storage in the control of WMS's counsel Eric Buether.

20. One (1) DataMan 40 Pro Advanced Universal Programmer (EPROM burner), in custody of WMS counsel Eric Buether.

21. Twenty-Six (26) pages of records documenting the manufacture, sale or receipt of things involved in the violation of WMS's copyrights, including twenty-three (23) pages of invoices, and three (3) handwritten pages, in custody of WMS counsel Eric Buether.

Dated: July 14th, 2010

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

/s/ Eric W. Buether
_____
Eric W. Buether, Esq.
Texas Bar No. 03316880
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Phone: (214) 466-1270
Fax: (214) 635-1827
**ATTORNEYS FOR PLAINTIFF
WMS GAMING INC.**

and

**PERETZ CHESAL & HERRMANN, PL**
Leora Herrmann
Florida Bar No. 11203
Steven I. Peretz
Florida Bar No. 329037
201 So Biscayne Blvd, Ste 1750
Miami, Florida 33131
Phone: (305) 341-3000
Fax: (305) 371-6807

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the below listed counsel has been served via facsimile with the Plaintiff's Inventory of Impounded Items on this 14th day of July, 2010.

Joseph M. Cox
Patton Boggs
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201
(214) 758-1550 Facsimile

_____
Eric W. Buether